JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPANCER HUEISHENG PAN and KATHY IFANG PAN,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CARS of NORTH AMERICA, LLC; AUTONATION VOLVO OF ORANGE COUNTY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-02308-KES<br><br>**ORDER REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES FROM UNITED STATES DISTRICT COURT [8]** |

# **ORDER**

Upon consideration of the Joint Stipulation of Plaintiffs SPANCER HUEISHENG PAN and KATHY IFANG PAN and Defendants VOLVO CARS OF NORTH AMERICA, LLC and VOVLO OF ORANGE COUNTY to allow Plaintiff's action to be Remanded from United States District Court to Superior Court of the State of California for the County of Los Angeles:

**IT IS ORDERED** that:

Plaintiff's action shall be remanded to Superior Court of the State of California for the County of Los Angeles – Central District.

**IT IS SO ORDERED.**

DATED: January 30, 2019          /s/ David O. Carter

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE